FILED: April 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1373

(1:15-cv-00499-WDQ)

_____

AMERITOX, LTD.

    Plaintiff - Appellant

v.

ROBERT SAVELICH

    Defendant - Appellee

_____

O R D E R

_____

The court rescinds the briefing schedule in this case pending completion of the transcript ordered by appellant. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk